FILED IN MY OFFICE
DISTRICT COURT CLERK
4/26/2012 4:02:58 PM
STEPHEN T. PACHECO

**STATE OF NEW MEXICO**
**FIRST JUDICIAL DISTRICT COURT**
**COUNTY OF SANTA FE**

VM

T.J. and C.J., on behalf of their minor child B.J.,

      **Plaintiffs**

# ISSUED

vs.

No. CV D-101-CV-2012-01167

**Danny Pacheco, a City of Espanola**
**Police Officer, and Sergeant Richard**
**Gallegos, a City of Espanola Police Officer, and,**
**Lieutenant Christian Lopez, a City of Espanola Police Officer,**
**Defendant City of Espanola, a municipality,**

      **Defendants,**

## SUMMONS
## THE STATE OF NEW MEXICO

TO:   Lieutenant Christian Lopez
      City of Espanola Police Department
      1316 C Calle Adelante
      Espanola, NM 87532

Greeting:

    This summons notifies you that a Complaint has been filed against you. You are required to file an Answer to the Complaint, or a responsive motion, within **THIRTY DAYS AFTER THE SUMMONS HAS BEEN SERVED ON YOU**. You must file the Answer or responsive motion with the Clerk of the District Court and you must serve a copy of the Answer or responsive motion on the opposing party.

    IF YOU DO NOT FILE AND SERVE AN ANSWER OR RESPONSIVE MOTION WITHIN THE THIRTY DAY PERIOD, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER RELIEF DEMANDED IN THE COMPLAINT.

Address of District Court: 100 Catron Street, Santa Fe, NM 87504-2268.

Name & address of Plaintiff's attorneys:    **Kennedy Law Firm**
                                     Joseph P. Kennedy
                                     Shannon L. Kennedy
                                     1000 2nd Street, NW
                                     Albuquerque, NM 87102
                                     (505) 244-1400   fax   (505) 244-1406

FILED IN MY OFFICE
DISTRICT COURT CLERK
4/26/2012 4:02:58 PM
STEPHEN T. PACHECO
VM

**STATE OF NEW MEXICO**
**FIRST JUDICIAL DISTRICT COURT**
**COUNTY OF SANTA FE**

T.J. and C.J., on behalf of their minor child B.J.,

     Plaintiffs

# ISSUED

vs.

     No. CV D-101-CV-2012-01167

Danny Pacheco, a City of Espanola
Police Officer, and Sergeant Richard
Gallegos, a City of Espanola Police Officer, and,
Lieutenant Christian Lopez, a City of Espanola Police Officer,
Defendant City of Espanola, a municipality,

     Defendants,

## SUMMONS
## THE STATE OF NEW MEXICO

TO:   City of Espanola
      405 N. Paseo de Onate
      Espanola, NM 87532

Greeting:

    This summons notifies you that a Complaint has been filed against you. You are required to file an Answer to the Complaint, or a responsive motion, within **THIRTY DAYS AFTER THE SUMMONS HAS BEEN SERVED ON YOU**. You must file the Answer or responsive motion with the Clerk of the District Court and you must serve a copy of the Answer or responsive motion on the opposing party.

    IF YOU DO NOT FILE AND SERVE AN ANSWER OR RESPONSIVE MOTION WITHIN THE THIRTY DAY PERIOD, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER RELIEF DEMANDED IN THE COMPLAINT.

Address of District Court: 100 Catron Street, Santa Fe, NM 87504-2268.

Name & address of Plaintiff's attorneys:    **Kennedy Law Firm**
                                           Joseph P. Kennedy
                                         Shannon L. Kennedy
                                         1000 2nd Street, NW
                                         Albuquerque, NM 87102
                                         (505) 244-1400   fax (505) 244-1406

WITNESS the Honorable Raymond Z. Ortiz, District Judge of said Court of the State of New Mexico and the Seal of the District Court of said County, this 26th day of April, 2012.

FILED IN MY OFFICE
DISTRICT COURT CLERK
4/26/2012 4:02:58 PM
STEPHEN T. PACHECO
vm

STATE OF NEW MEXICO
FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE

T.J. and C.J., on behalf of their minor child B.J.,

**Plaintiffs**

# ISSUED

vs.                                                    No. CV D-101-CV-2012-01167

Danny Pacheco, a City of Espanola
Police Officer, and Sergeant Richard
Gallegos, a City of Espanola Police Officer, and,
Lieutenant Christian Lopez, a City of Espanola Police Officer,
Defendant City of Espanola, a municipality,

**Defendants,**

## SUMMONS
## THE STATE OF NEW MEXICO

TO:      Officer Danny Pacheco
         City of Espanola Police Department
         1316 C Calle Adelante
         Espanola, NM 87532

Greeting:

    This summons notifies you that a Complaint has been filed against you.  You are required to file an Answer to the Complaint, or a responsive motion, within **THIRTY DAYS AFTER THE SUMMONS HAS BEEN SERVED ON YOU.**  You must file the Answer or responsive motion with the Clerk of the District Court and you must serve a copy of the Answer or responsive motion on the opposing party.

    IF YOU DO NOT FILE AND SERVE AN ANSWER OR RESPONSIVE MOTION WITHIN THE THIRTY DAY PERIOD, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER RELIEF DEMANDED IN THE COMPLAINT.

Address of District Court: 100 Catron Street, Santa Fe, NM 87504-2268.

Name & address of Plaintiff's attorneys:      **Kennedy Law Firm**
                                              Joseph P. Kennedy
                                              Shannon L. Kennedy
                                              1000 2nd Street, NW
                                              Albuquerque, NM  87102
                                              (505) 244-1400   fax  (505) 244-1406

FILED IN MY OFFICE
DISTRICT COURT CLERK
4/26/2012 4:02:58 PM
STEPHEN T. PACHECO

vm

STATE OF NEW MEXICO
FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE

T.J. and C.J., on behalf of their minor child B.J.,

     Plaintiffs

# ISSUED

vs.

No. CV D-101-CV-2012-01167

Danny Pacheco, a City of Espanola
Police Officer, and Sergeant Richard
Gallegos, a City of Espanola Police Officer, and,
Lieutenant Christian Lopez, a City of Espanola Police Officer,
Defendant City of Espanola, a municipality,

     Defendants,

## SUMMONS
### THE STATE OF NEW MEXICO

TO:    Sergeant Richard Gallegos
City of Espanola Police Department
1316 C Calle Adelante
Espanola, NM 87532

Greeting:

    This summons notifies you that a Complaint has been filed against you.  You are required to file an Answer to the Complaint, or a responsive motion, within **THIRTY DAYS AFTER THE SUMMONS HAS BEEN SERVED ON YOU.**  You must file the Answer or responsive motion with the Clerk of the District Court and you must serve a copy of the Answer or responsive motion on the opposing party.

    IF YOU DO NOT FILE AND SERVE AN ANSWER OR RESPONSIVE MOTION WITHIN THE THIRTY DAY PERIOD, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER RELIEF DEMANDED IN THE COMPLAINT.

Address of District Court: 100 Catron Street, Santa Fe, NM 87504-2268.

Name & address of Plaintiff's attorneys:    **Kennedy Law Firm**
Joseph P. Kennedy
Shannon L. Kennedy
1000 2nd Street, NW
Albuquerque, NM 87102
(505) 244-1400  fax  (505) 244-1406