UNITED STATES DISTRICT COURT
333 Lomas Blvd., N.W. - Suite 680
Albuquerque, New Mexico 87102

| | |
|---|---|
| LORENZO F. GARCIA<br>United States Magistrate Judge | 505-348-2320<br>FAX: 348-2324 |

July 17, 2012

RE:   **CIV 12-565 RB/LFG  -  *T.J. & C.J. v. Pacheco et al.***

A Rule 16 scheduling conference was conducted in the above matter by Magistrate Judge Lorenzo F. Garcia on <u>Tuesday, July 17, 2012</u> at <u>10:00</u>.

FOR PLAINTIFFS:      Joseph P. Kennedy, Esq.
                                    Shannon L. Kennedy, Esq.

FOR DEFENDANTS:   Katherine A. Basham, Esq.  (telephonic)

53 min.