Exhibit G is a transcript of a videotaped interview with B.J. by the Plaintiffs' expert witness. Due to the sensitive material possibly contained in said transcript, Exhibit G will not be filed unless the facts in Exhibit G are disputed by Plaintiffs. If the facts are so disputed, Exhibit G will be filed either with the permission of Plaintiffs or under seal.



EXHIBIT
G

abqjournal.com     http://www.abqjournal.com/main/2012/10/12/news/around-new-mexico-205.html

# Around New Mexico

Two More Belen Students Arrested

BELEN — Four Belen Middle School students have been arrested this week, and police say they are part of a group that made threats to "shoot up" the school.

The students, Kahleb Lucero and Mateo Jaquez, both 13, were arrested Thursday and charged with assault and interfering with the educational process. They were taken into custody a day after 13-year-old Lawrence Chavez and 14-year-old Alejandro Ortega, were arrested and charged with interfering with the educational process.

Each was accused of making violent comments stating that they would shoot up the school today. Two other students could also be charged, said Belen Police Chief Dan Robb.

All of those arrested claim to be affiliated with the 18th Street Gang and are being held at the Juvenile Detention Center in Albuquerque.

Gov. Urges Wolf Pack Relocation

Gov. Susana Martinez is urging federal officials to relocate a Mexican gray wolf pack linked to recent killings of cows in southwestern New Mexico.

Martinez, in a letter to the U.S. Fish and Wildlife Service, said the Fox Mountain Mexican wolf pack in Catron County has "created significant concerns" and is affecting the "psychological well-being of families" in the area.

She said livestock owners are feeling the economic impact of losing cattle. The letter comes as federal officials captured an elusive female Mexican gray wolf wanted for killing too many cows in the disputed area. Michael Robinson of the Center for Biological Diversity said the pack largely hunts elk and rarely attacks livestock.

Armijo Assumes Chief Judge Post

U.S. District Judge M. Christina Armijo is now chief judge for the federal district court that encompasses the state.

She assumed the post, which carries  rative responsibilities, upon the

http://www.abqjournal.com/main/2012/1w-mexico-205.html     11/9/2012

[KOB.com](KOB.com)



More KOB Sites

Find stories and video  [Search]

Log in  Contact us

 Senate leader Michael Sanchez retains ...
 State Police investigate Bosque Farms ...
 Negative election ads attack county ...
 Valencia County funeral home cleared ...

## Students arrested after threatening massacre at Belen Middle School | News

**Title (Max 100 Characters)**
Students arrested after threatening massacre at Belen Middle School

 Submitted by KOB.com Staff (/profile/67136/kobcom-staff)
Wednesday, October 10th, 2012, 11:36pm

Topics: News (/news/news)



7  0
Like (#)  Tweet (#)
Print (#)  E-mail (#)



Belen School Superintendent Ron Marquez says school officials have diverted a plan by several students to commit a massacre this Friday at Belen Middle School.

It is believed that up to seven "disgruntled" students were involved in the plot to commit violence at the school, he said.

Four students have been suspended - and two of those students have also been arrested, he said.

The other three are still being questioned.

Officials said at least one of the teens arrested has been kicked out of school for the rest of the year for previous fights and bullying. The others could face a year of suspension.

The administration learned of the plot late Monday, he said.

Belen Police Chief Dan Robb said the students claim to be gang members. School officials said the two students arrested have been involved in numerous fights at the school, and are accused of bullying other students.

More than 1,500 staff members, parents and students were notified of the situation Wednesday through a "reverse call" recorded phone message. It is a part of a system called "School Reach" that the school uses to quickly get information out through cell phones, land lines and even translates into text messages.

Parents are encouraged to attend school with their children on Friday so they can simply be around them the day the alleged threat was to be carried out.

Because schools are only allowed to suspend students for 10 days, the administration will seek long-term suspension of the students through the hearing process.

School leaders said the two students will remain in jail this coming Friday. So far, the teens have not been cooperative, according to Chief Robb. They have not admitted to planning a school shooting.

Officers searched the teens' homes and did not find any weapons, plans or drawings.