Copy to evidence

10-0333

10-000361

06/01/09

# JUVENILE DISPOSITION SHEET

Respondent: Billy Jones       DA Case #: _____
DOB: 11-6-1994   SSN: _____   Court #: _____
Incident date: 9-7-10   Police agency: EPD   Case #: 2010-09-155
Plea date: _____   Dispo date (if different): _____   ADA (resolving case): Sarah Pilch

[ ] DO NOT DESTROY EVIDENCE  Reason: _____

[X] Evidence may be released/destroyed 90 days from 11/5/10   Defense counsel: _____

**Rejected by Prosecutor**
Reason:   [X] Insufficient Evidence   [ ] JPPO Handle Informally   [ ] Time Expired
          [ ] Respondent is 18   [ ] Respondent on Probation   [ ] Other: _____

**Case Dismissed**
Reason:   [ ] Nolle Prosequi   Reason: _____
          [ ] Court Order     Reason: _____
          [ ] Pled in other case  Reason: _____

**Time Wavier**
Time waiver Ends: _____      Completed: [ ] Successfully  [ ] Unsuccessfully

**Notice of Intent to Invoke Adult Sanctions**
Date Filed: _____           Prosecutor Assisting (if any): _____
Judge: _____                Adult Case No: _____

**Adjudication**
Plea:  [ ] Admission   [ ] No Contest
Trial: [ ] Bench       [ ] Jury           Outcome:  [ ] Convicted   [ ] Acquittled

**Charges:**

Count 1: _____
Disposition code: ___ Reason code (DE/NP/DM): ___
Lesser Offense (GL/NL/GC/GR): _____

Count 2: _____
Disposition code: ___ Reason code (DE/NP/DM): ___
Lesser Offense (GL/NL/GC/GR): _____

Count 3: _____
Disposition code: ___ Reason code (DE/NP/DM): ___
Lesser Offense (GL/NL/GC/GR): _____

Count 4: _____
Disposition code: ___ Reason code (DE/NP/DM): ___
Lesser Offense (GL/NL/GC/GR): _____

[ ] additional counts on attached sheet(s)

**Disposition:**

**Consent Decree:** [ ] Consent Decree Extended: ___
[ ] 6 months  [ ] 6+6 months

**Probation:** [ ] One (1) year   [ ] Two (2) years

**Suspended Commitment:** [ ] One (1) year  [ ] Two (2) years

**Commitment:** [ ] One (1) year  [ ] Two (2) years
Commitment to 21 [ ]
Restitution: $ _____

PLAINTIFF'S EXHIBIT 4

Closure sheet: Completed by
Initial: SP
Date: 11/5/10

Dispo sent to police agency:
Initial: EMG
Date: 12-1-10

Victim case:
Copy closure sheet to advocate
Initial: (X)
Date: