IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

T.J. and C.J., on behalf of their minor child B.J.
    Plaintiffs,
v.                                         Case No. 12-CV-00565 RB/LFG

Danny Pacheco, et al.
    Defendants.

## AFFIDAVIT OF TESSA JO MASCARENAS

STATE OF NEW MEXICO     )
                                    )
COUNTY OF RIO ARRIBA    )

Tessa Jo Mascarenas, being first duly sworn, states the following:

1.     I am over eighteen years of age.

2.     I am the City Clerk for the City of Espanola.

3.     As the City Clerk for the City of Espanola, I regularly receive Tort Claims Notice sent to the City of Espanola. Pursuant to NMSA 1978, Section 41-4-16.

4.     I have reviewed the City of Espanola's records, and I can verify that no Tort Claims Notice concerning the arrest of B.J. was ever filed.

FURTHER AFFIANT SAYETH NOT.

                                                      _____
                                                      Tessa Jo Mascarenas

Subscribed and sworn to before me this 25th of November, 2013, by Tessa Jo Mascarenas:

My commission expires: _____

_____
Notary Public

EXHIBIT A