IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BILLY JONES,

    Plaintiff,

vs.                                       Civ. No. 12-565 KG/SMV

Danny Pacheco, a City of Espanola
Police Officer, and Sergeant Richard
Gallegos, a City of Espanola Police Officer, and
Lieutenant Christian Lopez, a City of Espanola Police Officer,
and City of Espanola, a municipality,

    Defendants.

## PARTIAL SUMMARY JUDGMENT

Having granted, in part, Defendants' Motion for Summary Judgment on Count I of Plaintiffs' Complaint Based on Qualified Immunity and Memorandum of Law in Support (Doc. 27) by entering a Memorandum Opinion and Order contemporaneously with this Partial Summary Judgment,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendants Danny Pacheco, Richard Gallegos, and Christian Lopez on the Fourth Amendment excessive force claim raised in Count I of the Amended Complaint for Recovery of Damages Due to Deprivation of Civil Rights, False Imprisonment, and Defamation (Doc. 68); and

2. that claim is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE