IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BILLY JONES,

      Plaintiff,

vs.                                                          Civ. No. 12-565 KG/SMV

Danny Pacheco, a City of Espanola
Police Officer, and Sergeant Richard
Gallegos, a City of Espanola Police Officer, and
Lieutenant Christian Lopez, a City of Espanola Police Officer,
and City of Espanola, a municipality,

      Defendants.

## SUMMARY JUDGMENT IN FAVOR OF DEFENDANT CITY OF ESPANOLA

Having granted Defendant City of Espanola's Motion for Summary Judgment and

Memorandum of Law in Support (Doc. 59) by a Memorandum Opinion and Order entered

contemporaneously with this Summary Judgment in Favor of Defendant City of Espanola,

IT IS ORDERED that

1.  summary judgment is entered in favor of Defendant City of Espanola on all of

Plaintiff's claims against Defendant City of Espanola; and

2.  all of Plaintiff's claims against Defendant City of Espanola are dismissed without

prejudice.

_____
UNITED STATES DISTRICT JUDGE