IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BILLY JONES,**

    **Plaintiff,**[1]

v.                                                                                                        No. 12-cv-0565 KG/SMV

**DANNY PACHECO, RICHARD GALLEGOS,
CHRISTIAN LOPEZ, and CITY OF ESPAÑOLA,**

    **Defendants.**[2]

### ORDER

THIS MATTER is before the Court sua sponte.  On November 14, 2012, the Court stayed discovery in this matter pending ruling by the presiding judge on Defendants' Motion for Summary Judgment . . . Based on Qualified Immunity . . . [Doc. 27] ("MSJ").  [Doc. 30].  The presiding judge issued his ruling on the MSJ on November 24, 2014.  [Docs. 69, 70].  He granted in part and denied in part the MSJ.  *Id.*

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the stay of discovery is **LIFTED**.

**IT IS FURTHER ORDERED** that the Parties shall file an amended Joint Status Report no later than **January 15, 2015**.

**IT IS FURTHER ORDERED** that a second telephonic Rule 16 Scheduling Conference will be held on **January 29, 2015, at 9:30 a.m.**, in order to reset the scheduling deadlines.

---

[1] Plaintiff Billy Jones was substituted for Plaintiffs T.J. and C.J. on November 10, 2014.  [Doc. 68].
[2] Defendant City of Española was dismissed without prejudice on November 24, 2014.  [Doc. 72].

Counsel shall call Judge Vidmar's "Meet Me" line at **505-348-2357** to connect to the proceedings.[3]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[3] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.