IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Billy Jones**
         Plaintiff,
v.                                          Case No. 1:12-CV-00565 KG/SMV

**Danny Pacheco, a City of Espanola Police Officer, and Sergeant Richard Gallegos, a City of Espanola Police Officer, and, Lieutenant Christian Lopez, a City of Espanola Police Officer, Defendant City of Espanola, municipality,**
         **Defendants.**

## NOTICE OF APPEAL

Notice is hereby given that Defendants Danny Pacheco, Richard Gallegos, and Christian Lopez, in the above-referenced case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Memorandum Opinion and Order entered in this action on the 24th day of November, 2014.

> Respectfully Submitted,
> *Electronically Filed*
> */S/ Katherine A. Basham*
> Katherine A. Basham
> Mark A. Basham
> Basham & Basham, P.C.
> Attorneys for Defendants
> 2205 Miguel Chavez Rd., #A
> Santa Fe, New Mexico 87505
> (505) 988-4575; kbasham@bbpcnm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to Shannon Kennedy, The Kennedy Law Firm, at 1000 Second Street, NW, Albuquerque, New Mexico, 87102, on this 18th day of December, 2014.

> *Electronically Filed*
> */S/ Katherine A. Basham*
> _____
> Katherine A. Basham

1