# United States District Court
## District of New Mexico
### Office of the Clerk
#### Pete V. Domenici United States Courthouse



Matthew J. Dykman
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Divisional Offices
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

December 19, 2014

Elisabeth Shumaker, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:  *T.J., et al., vs Danny Pacheco, et al., 12CV565KG/SMV*

Dear Ms. Shumaker,

    A Notice of Appeal was filed in the above referenced case.   Enclosed is the preliminary record which consists of the Notice of Appeal filed 12/18/14, Memorandum Opinion and Order filed 11/24/14, and a copy of the docket entries.

    The docket and appeal fee has been

    (x)    Paid

    ( )    Paid in part

    ( )    Not paid

    ( )    Waived

    Counsel for appellant is required to retrieve the appropriate forms for the appeal by referring to the United States Court of Appeals for the Tenth Circuit website at www.ca10.uscourts.gov, and referring to the "Initial Appeal Documents and Instructions" section.

    Sincerely,

    Matthew J. Dykman
    Clerk of Court