# United States District Court
## District of New Mexico
### Office of the Clerk
#### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

January 5, 2015

Elisabeth Shumaker, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron R. White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:  T.J. et al v. Pacheco et al;   USDC 1:12-cv-565-KG-SMV, USCA 14-02224

Dear Ms. Shumaker,

      Please be advised that the record on appeal in the above referenced matter is now complete.

( X )    A transcript order form has been filed by the appellant stating that a transcript is not necessary for this appeal.

(   )    A transcript order form has been filed by appellant stating that the necessary transcript is already on file in the United States District Court.

(   )    The transcripts which were ordered are now on file with the United States District Court.

Sincerely,

Matthew J. Dykman
Clerk of Court

cc: Counsel of Record