FILED
United States Court of Appeals
Tenth Circuit

January 5, 2015

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

───────────────────────────────

| | |
|---|---|
| BILLY JONES,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>DANNY PACHECO, a City of Espanola Police Officer, et al.,<br><br>    Defendants - Appellants,<br><br>and<br><br>CITY OF ESPANOLA, a municipality,<br><br>    Defendant. | No. 14-2224 |

───────────────────────────────

## ORDER

───────────────────────────────

    This matter is before the court following review of the appellants' docketing statement. We have identified a possible jurisdictional defect. As a result, we are considering this appeal for summary disposition. 10th Cir. R. 27.2(B).

    On or before January 20, 2015, the appellants shall file a memorandum brief addressing the following question: whether this court has jurisdiction to consider the district court's order being appealed? *See Estate of Booker v. Gomez*, 745 F.3d 405, 409 (10th Cir. 2014) (stating that not every order denying qualified immunity is immediately appealable and noting "[t]he denial of qualified immunity to a public official [] is immediately appealable under the collateral order doctrine to the extent it involves

abstract issues of law" (quotation omitted)); *Pahls v. Thomas*, 718 F.3d 1210, 1228 (10th Cir. 2013) (explaining that when qualified immunity is denied at the summary judgment stage, "we generally are not at liberty to review a district court's factual conclusions, such as the existence of a genuine issue of material fact for a jury to decide, or that a plaintiff's evidence is sufficient to support a particular factual inference" (quotation omitted)).

Briefing on the merits is suspended pending further order of this court. 10th Cir. R. 27.2(C).

>                                     Entered for the Court
>                                     ELISABETH A. SHUMAKER, Clerk
>
>                                     *Lara Smith*
>
>                                     by: Lara Smith
>                                         Counsel to the Clerk