IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Billy Jones**
      Plaintiff,

v.                              Case No.  1:12-CV-00565 KG/SMV

**Danny Pacheco, et al.,**
      Defendants.

### DEFENDANTS' UNOPPOSED MOTION FOR STAY OF ACTION WHILE QUALIFIED IMMUNITY ISSUE IS ON APPEAL

COME NOW the Defendants, by and through their attorneys, Basham & Basham, P.C. (Katherine A. Basham, Esq.), and hereby move this Court for a stay of this action while the qualified immunity issue is on appeal. "[Q]ualified immunity 'protects public officials not only from liability, but from the burdens of discovery and litigation as well.'" *B.T. v. Davis*, 557 F.Supp.2d 1262, 1286 (D.N.M. 2007), *quoting DiCesare v. Stuart*, 12 F.3d 973, 979 (10th Cir. 1993).  Plaintiff does not oppose this motion.

**WHEREFORE**, Defendants respectfully request that the Court stay this action while the qualified immunity issue is on appeal.

                              Respectfully Submitted,
                              *Electronically Filed*
                              */S/  Mark A. Basham*
                              Mark A. Basham
                              Katherine A. Basham
                              Basham & Basham, P.C.
                              Attorneys for Defendants
                              2205 Miguel Chavez Rd., #A
                              Santa Fe, New Mexico 87505
                              (505) 988-4575; kbasham@bbpcnm.com

      I hereby certify that a true and correct copy of the foregoing was served on Shannon Kennedy, The Kennedy Law Firm, electronically through the U.S. District Court CM/ECF program on the 21st day of January, 2015.

                              */s/ Mark A. Basham*
                              Mark A. Basham