IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Billy Jones**
    **Plaintiff,**
v.                                              Case No.  1:12-CV-00565 KG/SMV

**Danny Pacheco, et al.,**
    **Defendants.**

## STAY OF ACTION WHILE QUALIFIED IMMUNITY ISSUE IS ON APPEAL

THIS MATTER having come before this Court on Defendants' unopposed motion to stay this action while the qualified immunity issue is on appeal, the Court having read the motion and being otherwise fully advised, finds that the motion should be granted.

IT IS THEREFORE ORDERED that this action is stayed while the qualified immunity issue is on appeal.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by,
*/S/  Mark A. Basham*
Katherine A. Basham
Mark A. Basham
Basham & Basham, P.C.
Attorneys for Defendants
2205 Miguel Chavez Rd., #A
Santa Fe, New Mexico 87505
(505) 988-4575; kbasham@bbpcnm.com

Approved as to form:
*/S/ Shannon Kennedy*
Shannon Kennedy
The Kennedy Law Firm
Attorneys for the Plaintiffs
1000 Second Street, NW
Albuquerque, New Mexico 87102
(505) 244-1400