IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Billy Jones,**
  **Plaintiff,**

v.              Case No.  12-CV-565 KG/SMV

**Danny Pacheco, a City of Espanola Police**
**Officer, and Sergeant Richard Gallegos, a**
**City of Espanola Police Officer, and, Lieutenant**
**Christian Lopez, a City of Espanola Police**
**Officer, Defendant City of Espanola, municipality.**
  **Defendants.**

## STIPULATED DISMISSAL OF
## DANNY PACHECO, RICHARD GALLEGOS AND CHRISTIAN LOPEZ

  **COME NOW** the Defendants Danny Pacheco, Richard Gallegos and Christian Lopez ("Defendants") by and through their counsel of record Basham & Basham, P.C. (Katherine A. Basham) and Billy Jones ("Plaintiff") by and through his counsel of record Kennedy Law Firm (Shannon and Joseph Kennedy) and stipulate to the dismissal of Danny Pacheco, Richard Gallegos and Christian Lopez with prejudice.

  **WHEREFORE** the Defendants and Plaintiffs move for an order dismissing with prejudice all claims brought or that could have been brought in the above captioned matter against Danny Pacheco, Richard Gallegos and Christian Lopez and with each party to bear their own costs and attorney's fees and costs.

Dated:  April 16, 2015

            Respectfully Submitted,
            BASHAM & BASHAM, P.C.
            By: */s/ Katherine A. Basham*
            Katherine A. Basham
            2205 Miguel Chavez, Suite A
            Santa Fe, New Mexico 87505
            (505) 988-4575
            Attorneys for Defendants
            kbasham@bbpcnm.com

and


KENNEDY LAW FIRM

By: */s/ Joseph Kennedy*
Shannon Kennedy
Joseph Kennedy
1000 Second Street NW
Albuquerque, New Mexico 87102-2216
(505) 244-1406
Attorneys for the Plaintiff
slk@civilrightslawnewmexico.com